IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTOR LLOYD MITCHELL,  : | |
|     Plaintiff  : | |
| : | No. 1:11-cv-02217 |
| v.  : | |
| : | (Chief Judge Kane) |
| JOEL R. HOGENTOGLER and  : | |
| WILLIAM B. JACKSON,  : | (Magistrate Judge Blewitt) |
|     Defendants  : | |

## ORDER

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

On June 21, 2013, Magistrate Judge Blewitt issued a Report and Recommendation in which he recommended that Defendant Joel R. Hogentogler's motion to dismiss Plaintiff Victor Lloyd Mitchell's second amended complaint be granted. (Doc. No. 55.) Despite the Court having granted Plaintiff an extension of time to file objections (Doc. No. 57), Plaintiff has failed to raise any objections to the Report and Recommendation.

**ACCORDINGLY**, on this 13th day of August 2013, upon a de novo review of Magistrate Judge Blewitt's Report and Recommendation, **IT IS HEREBY ORDERED THAT:**

1. Magistrate Judge Blewitt's Report and Recommendation (Doc. No. 55) is **ADOPTED**;

2. Defendant Hogentogler's motion to dismiss Plaintiff's second amended complaint (Doc. No. 46) is **GRANTED**; and

3. The Clerk of Court is directed to close the case.

                                                    S/ Yvette Kane
                                                  Yvette Kane, Chief Judge
                                                  United States District Court
                                                  Middle District of Pennsylvania